**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

JANIESE VOID-BROWN,

Plaintiff,

-against-

26 **CIVIL** 5493 (GBD)

# JUDGMENT

YOUSSEF AMRANI, et al.,

Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 27, 2026, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). Further vexatious or frivolous litigation in this court may result in an order barring Plaintiff from filing new actions IFP unless she receives prior permission from the court to file a new action. See 28 U.S.C. § 1651. This Court certifies under 28 U.S.C. § l915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

August 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**